CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

AUG 15 2005

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| STEVEN SHAREFF, *Plaintiff,* v. PATRICK INVESTIGATIONS INC., *Defendant.* | CIVIL ACTION NO. 3:03-CV-00064<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, final judgment shall be, and hereby is, ENTERED in favor of Plaintiff, and Plaintiff shall be, and hereby is, AWARDED the following:

(1) $1,000.00 in statutory damages; and

(2) $500.00 in actual damages.

It is so ORDERED.

The Clerk of the Court is hereby directed to STRIKE this case from the docket. The Clerk is further directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

August 15, 2005
Date